**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 01-8080**

―――――――――

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

     versus

WILLIAM ARTHUR BROWN,

                              Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Graham C. Mullen, Chief District Judge.  (CR-92-270-MU, CA-00-197-3-1-MU)

―――――――――

Submitted:  April 18, 2002          Decided:  April 25, 2002

―――――――――

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

―――――――――

Dismissed by unpublished per curiam opinion.

―――――――――

William Arthur Brown, Appellant Pro Se.  Robert Jack Higdon, Jr., OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Arthur Brown seeks to appeal the district court's order denying his motions to amend and to reconsider the denial of his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See United States v. Brown, Nos. CR-92-270-MU; CA-00-197-3-1-MU (W.D.N.C. filed Oct. 31, 2001; entered Nov. 1, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED